OPINION — AG — ** OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM — INCREASE — CREDIT OF SERVICE ** IN CONSTRUING THE PROVISIONS OF SENATE BILL NO. 498 OF THE LEGISLATURE (1982), CODIFIED NOW, IN PERTINENT PART, AS 74 O.S. 913 [74-913](2)(F), REGARDING THE CREDITING OF PARTICIPATING SERVICE FOR MEMBERS OF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM WITH THE PROVISIONS OF 74 O.S. 930.1 [74-930.1], THE TEN PERCENT(10%) INCREASE IN BENEFITS AUTHORIZED UNDER 74 O.S. 930.1 [74-930.1] SHALL BE CALCULATED AFTER THE INDIVIDUAL EMPLOYEE RECEIVES ANY APPLICABLE PARTICIPATING SERVICE CREDIT AS AUTHORIZED BY SENATE BILL NO. 498. (CALCULATION FORMULA, ANNUITANTS, SERVICE CREDITS) CITE: 74 O.S. 913 [74-913](2)(F), 74 O.S. 930.1 [74-930.1], 74 O.S. 930.1 [74-930.1](A), 74 O.S. 930.1 [74-930.1](B) (MICHAEL SCOTT FERN)